AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| | ) Case No.   6:25-MJ-00020-HBK |
| DAMON LAMAR GREEN, | ) ) |

### ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; must not have any contact with J. N.

(3) The defendant shall abstain from the excessive use of alcohol.

(4) The defendant shall notify the Court and defendant's counsel of any change of address through counsel within 48 hours; report to the USM Office in Fresno for processing by no later than Friday 6/13/2025 before 4:00 PM and provide proof of processing within 48 hours through counsel on the docket.

(5) The defendant must appear at: U.S. District Court, 9004 Castle Cliff Court, Yosemite, Ca
*Place*

Before Magistrate Helena Barch-Kuchta
on  7/1/2025 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/5/25

*Defendant's signature*

Date: 6/5/2025

*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*